IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MICAH E. ANGEL,** *et al.*                                                                                    **PLAINTIFFS**

**v.**                                            **Case No. 3:16-cv-00232 -KGB**

**JONESBORO POLICE DEPARTMENT**                                        **DEFENDANT**

## ORDER

Before the Court is the motion for leave to proceed *in forma pauperis* filed by plaintiff Micah E. Angel (Dkt. No. 1). Based on Ms. Angel's application, she has neither the funds nor the income to pay the filing fee. Therefore, the Court grants Ms. Angel's motion for leave to proceed *in forma pauperis*. The Court notes that there are no pending motions pertaining to the other purported plaintiff in this matter, Arionna Sky Angel.

The Court must screen Ms. Angel's complaint before directing service and sending this case forward. 8 U.S.C. § 1915(e)(2). 28 U.S.C. § 1915(e)(2)(B) authorizes dismissal of complaints filed *in forma pauperis* without regard to whether the plaintiff is a prisoner. *See e.g., Fogle v. Blake,* 227 Fed. Appx. 542, 1-2 (8th Cir. 2007) (affirming *sua sponte* dismissal of non-prisoner *in forma pauperis* complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) as legally frivolous and failing to state a claim); *Benter v. Iowa,* 221 Fed. Appx. 471 (8th Cir. 2007) (affirming dismissal of action under 28 U.S.C. § 1915(e)(2)(B)(ii)-(iii) based on Eleventh Amendment immunity and failure to state a claim); *Carter v. Bickhaus,* 142 Fed. Appx. 937, 938 (8th Cir. 2005) (affirming dismissal of non-prisoner *in forma pauperis* complaint under 28 U.S.C § 1915(e)(2)(B) for failure to state a claim for damages or injunctive relief).

Ms. Angel brings this action against the Jonesboro Police Department alleging harassment and false arrest (Dkt. No. 2). Ms. Angel filed multiple cases related to the alleged

arrest in this case in the Eastern District of Arkansas and in state court. *See, e.g., Angel v. Craighead County Sheriff's Department*, 3:16-cv-00205-DPM (E.D. Ark. Aug. 12, 2016) (dismissing Ms. Angel's case for failure to state a claim).

Ms. Angel's claims in this matter stem from an arrest. Based upon the information provided by Ms. Angel, this Court is unsure if any charges remain pending that would bar her claims based upon *Heck v. Humphrey,* 512 U.S. 477 (1994). In addition, the Court cannot ascertain from the materials provided by Ms. Angel any constitutional claim on which this Court could grant relief. Therefore, the Court dismisses this action as to both purported plaintiffs without prejudice for failure to state a federal claim on which relief can be granted.

So ordered this 9th day of December, 2016.

_____
Kristine G. Baker
United States District Judge