IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MICAH E. ANGEL,** *et al.*                                                              **PLAINTIFFS**

**v.**                        **Case No. 3:16-cv-00232 -KGB**

**JONESBORO POLICE DEPARTMENT**                               **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

So adjudged this 9th day of December, 2016.

_____
Kristine G. Baker
United States District Court Judge